# Notice Recipients

District/Off: 0971−3     User: admin     Date Created: 12/14/2023
Case: 23−30749     Form ID: ntcabuse     Total: 30

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov
tr     Paul Mansdorf     paul@mansdorftrustee.com
aty     Robert G. Harris     rob@bindermalter.com

                                                                                                               TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Jennifer Ann Kash     110 Park Road Ste., #503     Burlingame, CA 94010−4339
15557016     AFNI Collections     P.O. Box 3097     Bloomington, IL 61702
15557019     AT&T     P.O. Box 10330     Fort Wayne, IN 46851−0330
15557017     American Express     American Express Legal     Attn: Aaron Baldero, Esq.     P.O. Box 278     Ramsey, NJ 07446−0278
15557018     American Express     P.O. Box 981537     El Paso, TX 79998
15557020     Ballar Spahr, LLP     Daniel J. Tobin 1909 K Street NW     1909 K Street NW, 12th Floor     Washington, DC 20006−1157
15557021     Cavalry SPV I, LLC     Quall Cardot, LLP     205 East River Park Circle, Suite #110     93720
15557022     Citibank     P.O. Box 78045     Phoenix, AZ 85062−8045
15557025     Citibank, N.A.     Attn: Sunil Garg, CEO     388−390 Greenwich Street     New York, NY 10013−2362
15557024     Citibank, N.A.     Private Bank Lockbox     Mail Code 6104     P.O. Box 7247     Philadelphia, PA 19170−6101
15557023     Citibank, N.A.     Quall and Cardot, LLP     c/o Ingrid V. Caero     205 East River Park Circle, Suite 110     Fresno, CA 93720
15557026     Citibank, N.A.     c/o CT Corporation System     818 West Seventh Street, 2nd Floor     Los Angeles, CA 90017
15557027     Citibank, National Association     Attn: Sunil Garg, CEO     5800 S. Corporate Place     Sioux Falls, SD 57108
15557028     Comcast     PO Box 34744     Seattle, WA 98124
15557029     EDD     PO Box 826880 MIC 4     Sacramento, CA 94280−0001
15557030     Employment Development Department     Bankruptcy Unit−MIC 92E     P.O. Box 826880     Sacramento, CA 94280−0001
15557032     Franchise Tax Board     Bankruptcy Section MS A−340     PO Box 2952     Sacramento, CA 95812
15557031     Franchise Tax Board     Bankruptcy Unit     P.O. Box 2952     Sacramento, CA 95812
15557033     Global Collections     200 Vesey St.     New York, NY 10285
15557034     IC System     P. O. Box 64808     Saint Paul, MN 55164−0808
15557035     Internal Revenue Service     Special Procedures     PO Box 7346     Philadelphia, PA 19101−7346
15557036     Jersey Central     P.O. Box 16001     Reading, PA 19612−6001
15557037     Porsche Financial Services     1 Porsche Drive     Atlanta, GA 30354
15557038     Quall & Cardot, Attorneys at Law     205 East River Park Circle, Suite 110     Fresno, CA 93720
15557039     Stark & Stark, Attorneys at Law     P.O. Box 5315     Princeton, NJ 08543−5315
15557040     United States Department of Justice     Civil Trial Section Western Region     Box 683 Ben Franklin Station     Washington, DC 20044
15557041     Wayport Resource Group     P.O. Box 8588     Round Rock, TX 78683

                                                                                                               TOTAL: 27