

Signed and Filed: January 25, 2024

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

CHRISTINA L. GOEBELSMANN (SBN 273379)
Assistant United States Trustee
MICHAEL J. FLETCHER (SBN 272057)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: michael.fletcher@usdoj.gov

Attorneys for United States Trustee
Tracy Hope Davis

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In Re: ) Case No: 23-30749-HLB
) Chapter 7
JENNIFER ANN KASH, )
)
)
Debtor. )
)

**ORDER APPROVING STIPULATION TO ENLARGE TIME PERIODS FOR UNITED STATES TRUSTEE TO FILE A MOTION TO DISMISS OR COMPLAINT TO DENY DISCHARGE UNDER 11 U.S.C. §§ 707(b)(3) and 727 TO APRIL 5, 2024**

The Court having reviewed the Stipulation between the United States Trustee ("U.S. Trustee") and debtor Jennifer A. Kash, to Enlarge Time Periods for U.S. Trustee to File a Motion to Dismiss or Complaint to Deny Discharge Under 11 U.S.C. §§ 707(b)(3) and 727 to April 5, 2024., and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved;

IT IS HEREBY ORDERED that the time period for the U.S. Trustee to file a motion to dismiss or complaint to deny discharge under 11 U.S.C. §§ 707(b)(3) and 727 is extended through and including April 5, 2024.

Approved as to Form:

/s/ *Rob Harris*
Rob Harris, Attorney for Debtor