UNITED STATES BANKRUPTCY COURT
Northern District of California San Francisco

| In re:<br>   Jennifer Ann Kash,<br>       Debtor(s). | Case No.: 23-30749-HLB<br>Chapter: 7 |

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 01/25/2024, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

| |
|---|
| STIPULATION TO ENLARGE TIME PERIODS FOR UNITED STATES TRUSTEE TO FILE A MOTION TO DISMISS OR COMPLAINT TO DENY DISCHARGE UNDER 11 U.S.C. §§ 707(b)(3) and 727 TO APRIL 5, 2024 |
| DECLARATION OF CECILIA JIMENEZ IN SUPPORT OF UNITED STATES TRUSTEE'S STIPULATION TO ENLARGE TIME PERIODS TO FILE A MOTION TO DISMISS OR COMPLAINT TO DENY DISCHARGE UNDER 11 U.S.C. §§ 707(b)(3) and 727 TO APRIL 5, 2024 |
| (Proposed) ORDER APPROVING STIPULATION TO ENLARGE TIME PERIODS FOR UNITED STATES TRUSTEE TO FILE A MOTION TO DISMISS OR COMPLAINT TO DENY DISCHARGE UNDER 11 U.S.C. §§ 707(b)(3) and 727 TO APRIL 5, 2024 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
01/25/2024

*Tinamarie Feil* (signature)

Tinamarie Feil  
BMC Group, Inc.  
Approved Bankruptcy Notice Provider  
info@bmcgroup.com;  
888.909.0100

**Exhibit A - Certificate of Service**
**Jennifer Ann Kash 23-30749-HLB**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 13277 | Jennifer Ann Kash , 110 Park Road Ste., #503, Burlingame, CA, 94010-4339 | First Class |
| 13277 | Jessica M. Simon, Esq. , BALLARD SPAHR LLP, 2029 Century Park East, Suite 1400, Los Angeles, CA, 90067-2915, United States of America | First Class |
| 13277 | Paul Mansdorf , 1569 Solano Ave. #703, Berkeley, CA, 94707-2116, United States of America | First Class |
| 13277 | Robert G. Harris , Law Offices of Binder and Malter, 2775 Park Ave., Santa Clara, CA, 95050-6004 | First Class |