MICHAEL W. MALTER, Esq., I.D. No. 96533
JULIE H. ROME-BANKS, Esq., I.D. No. 142364
ROBERT G. HARRIS, Esq., I.D. No. 124678
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile:  (408) 295-1531
Email:  Michael@bindermalter.com
Email:  Julie@bindermalter.com
Email:  Rob@bindermalter.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 23-30749-HLB |
| JENNIFER ANN KASH, | Chapter 7 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Blanca E. Garza, declare:

I am employed in the County of Santa Clara, California.  I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, California 95050.

On January 26, 2024 I served a true and correct copy of the following document(s):

1. **SUMMARY OF ASSETS AND LIABILITIES**
2. **AMENDED SCHEDULE A/B**
3. **AMENDED SCHEDULE J**
4. **DECLARATION REGARDING DEBTOR'S SCHEDULES**
5. **STATEMENT OF FINANCIAL AFFAIRS**

by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid,

CERTIFICATE OF SERVICE                                              Page 1

in the United States mail at 2775 Park Ave., Santa Clara, California, to all parties entitled to receive regularly mailed notices, and registered electronic notice participants addressed as follows:

**Office of the U.S. Trustee/ SF**
Attn:  Paul Leahy
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Floor, #05-0153
San Francisco, CA 94102

**Trustee**
Paul Mansdorf
1569 Solano Ave., #703
Berkeley, CA 94707

**REQUEST FOR SPECIAL NOTICE**
Citibank, N.A.
c/o Jessica M. Simon, Esq.
Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

Executed on January 26, 2024, at Santa Clara, California.  I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Blanca E.Garza*
Blanca E. Garza